# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Britton Bentley    JOINT DEBTOR: Ely Bentley    CASE NO.: _____
Last Four Digits of SS# 3276    Last Four Digits of SS# 8755

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A. $247.13 for months 1 to 60;
    B. $_____ for months ____ to ____;
    C. $_____ for months ____ to ____; in order to pay the following creditors:

Administrative: Attorney's Fee - $3500.—  TOTAL PAID $2000.—
Balance Due $1500.— payable $150.—/month (Months 1 to 15)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____ Arrearage on Petition Date $_____
Address: _____ Arrears Payment $_____/month (Months __ to __)
_____ Regular Payment $_____/month (Months __ to __)
Account No: _____
2. _____ Arrearage on Petition Date $_____
Address: _____ Arrears Payment $_____/month (Months __ to __)
_____ Regular Payment $_____/month (Months __ to __)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  | $ 0.00 | 0.00 % | $ 0.00 | ____ to ____ | $ 0.00 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____ Total Due $_____
Payable $_____/month (Months____ to ____) Regular Payment $_____
2. _____ Total Due $_____
Payable $_____/month (Months____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $72.42/month (months 1 to 15) Pay $222.43/month (months 16 to 60)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtors intend to pay Addison Avenue FCU (#9449) directly outside the plan. Debtors surrender any and all interest in World Savings Loan (#3246), Addison Avenue FCU (#3151) and Miami Dade Tax Collector (#1490).

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor [signature]
Date: 2-22-2011

Joint Debtor [signature]
Date: 2-22-2011

LF-31 (rev. 01/08/10)